UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **3:13-CR-00065-M** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JITEN JAY NANDA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Emmanuel C. Iwuoha, appeals to the United States Court of Appeals for the Fifth Circuit form the judgment and sentence entered in the above-entitled case on or about June 24, 2016, by the Honorable Jane J. Boyle, United States District Judge for the Northern District of Texas

                                                                             Respectfully submitted,

                                                                             /s/ F. Clinton Broden
                                                                             F. Clinton Broden
                                                                             Broden & Mickelsen
                                                                             TX Bar No. 24001495
                                                                             2600 State Street
                                                                             Dallas, Texas 75204
                                                                             214-720-9552
                                                                             214-720-9594 (facsimile)
                                                                             clint@texascrimlaw.com

                                                                             Attorney for Defendant
                                                                             Jiten Jay Nada

## CERTIFICATE OF SERVICE

I, F. Clinton Broden, certify that on July 21, 2016, I caused the foregoing document to be served by electronic means on all counsel of record.

/s/ F . Clinton Broden
F. Clinton Broden