UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| **Plaintiff,** | ) | 3:13-cr-00065-M |
| | ) | |
| v. | ) | |
| | ) | |
| ATUL NANDA, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Atul Nanda, appeals to the United States Court of Appeals for the Fifth Circuit form the judgment and sentence entered in the above-entitled case on or about July 12, 2016, by the Honorable Barbara M.G. Lynn, Chief United States District Judge for the Northern District of Texas

    Respectfully submitted,

    /s/ F. Clinton Broden
    F. Clinton Broden
    Broden & Mickelsen
    TX Bar No. 24001495
    2600 State Street
    Dallas, Texas 75204
    214-720-9552
    214-720-9594 (facsimile)
    clint@texascrimlaw.com

    Attorney for Defendant
    Atul Nanda

**CERTIFICATE OF SERVICE**

      I, F. Clinton Broden, certify that on July 21, 2016, I caused the foregoing document to be served by electronic means on all counsel of record.

/s/ F . Clinton Broden
F. Clinton Broden