**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **3:13-cr-00065-M** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ATUL NANDA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Atul Nanda, appeals to the United States Court of Appeals for the Fifth Circuit form the judgment and sentence entered in the above-entitled case on or about July 12, 2016, by the Honorable Barbara M.G. Lynn, Chief United States District Judge for the Northern District of Texas

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
Broden & Mickelsen
TX Bar No. 24001495
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Atul Nanda

**CERTIFICATE OF SERVICE**

      I, F. Clinton Broden, certify that on July 22, 2016, I caused the foregoing document to be served by electronic means on all counsel of record.

/s/ F. Clinton Broden
F. Clinton Broden